**Order entered June 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01708-CV

**HAL RACHAL, JR., Appellant**

**V.**

**LETKIEWICZ & FOSTER, Appellee**

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-09-2413-2**

## ORDER

We **GRANT** appellant's June 3, 2013 motion for an extension of time to file a reply brief. Appellant shall file his reply brief on or before July 3, 2013.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE